# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REVA F. GONZALEZ, <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 13-CV-5088-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED
   Defendant's Motion for Summary Judgment, ECF No. 18, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on motions for Summary Judgment (ECF NOS. 14 and 18).

Date: August 7, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen